United States Court of Appeals
Fifth Circuit

**F I L E D**

**May 20, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 04-51389

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

AUDOMAR GARCIA-GUERRERO also known as, Jose Esquivel

Defendant - Appellant

----------------------
Appeal from the United States District Court for the
Western District of Texas, El Paso
----------------------

Before GARZA, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

     IT IS ORDERED that the Appellee's unopposed motion to vacate

the sentence is GRANTED.

     IT IS FURTHER ORDERED that the Appellee's unopposed motion

to remand to District Court for resentencing in light of the

Supreme Court's opinion in Booker and this Court's opinion in

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Mares is GRANTED.

IT IS FURTHER ORDERED that the Appellee's unopposed alternative motion to extend time to file the Appellee's brief until fourteen (14) days from the Court's denial of the Appellee's motion to vacate and remand is MOOT.